NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1583, -1595


DOLBY LABORATORIES, INC.
and DOLBY LABORATORIES LICENSING CORPORATION,

Plaintiffs/Counterclaim
Defendants-Cross Appellants,

v.

LUCENT TECHNOLOGIES, INC.,

Defendant/Counterclaimant-
Appellant,

and

LUCENT TECHNOLOGIES GUARDIAN I LLC,

Counterclaimant-Appellant.


Jeffrey M. Fisher, Farella Braun & Martel LLP, of San Francisco, California, argued for plaintiffs/counterclaim defendants-cross appellants.   With him on the brief were John L. Cooper, Andrew Leibnitz, and Nan E. Joesten.

John M. Desmarais, Kirkland & Ellis, LLP, of New York, New York, argued for defendant/counterclaimant-appellant and counterclaimant defendant-appellant.  With him on brief were Robert A. Appleby, Alan S. Kellman, Anne S. Toker, and Jason S. Grauch. Of counsel was Edward C. Donovan, of Washington, DC.

Appealed from:  United States District Court for the Northern District of California

Judge Jeremy Fogel

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1583, 1595

DOLBY LABORATORIES, INC.
and DOLBY LABORATORIES LICENSING CORPORATION,

Plaintiffs/Counterclaim
Defendants-Cross Appellants,

v.

LUCENT TECHNOLOGIES, INC.,

Defendant/Counterclaimant-
Appellant,

and

LUCENT TECHNOLOGIES GUARDIAN I LLC,

Counterclaimant-Appellant.

# Judgment

ON APPEAL from the **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In CASE NO(S). **01-CV-20709**.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, SCHALL and LINN, <u>Circuit Judges</u>).

<u>**AFFIRMED.**</u>  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

*DATED:*  <u>August 8, 2007</u>        <u>/s/  Jan Horbaly</u>
                                            Jan Horbaly, Clerk